12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Request and Order to Amend Previous Petition and Issue a Summon

Name of Person: **Jeremy Van Duren**                    Docket Number: **2:17CR00463-001**

Name of Sentencing Judicial Officer:     **Honorable Jill N. Parrish**
                                         **U.S. District Judge**

Date of Original Sentence:         **April 4, 2018**
Original Offense: **Credit Union Robbery**
Original Sentence: **68 Months Bureau of Prison Imprisonment/36 Months Supervised released**

Type of Supervision: **Supervised Release**          Supervision Began: **May 12, 2023**

---

### PETITIONING THE COURT

To amend the petition signed on December 14, 2023, and to issue a summons as follows:

---

### CAUSE

*Allegations on December 14, 2023:*

**Allegation No. 1:** On July 29, 2023, the person under supervision submitted a urine sample, which tested positive for cocaine.

**Allegation No. 2:** On August 11, 2023, the person under supervision submitted a urine sample, which tested positive for cocaine.

**Allegation No. 3:** On December 1, 2023, the person under supervision submitted a urine sample, which tested positive for cocaine.

**Allegation No. 4:** On December 7, 2023, the person under supervision submitted a urine sample, which tested positive for cocaine.

**Allegation No. 5:** On December 11, 2023, the person under supervision submitted a urine sample, which was marked stalled.

**Allegation No. 6:** Between July 28, 2023, through December 6, 2023, the person under supervision failed to submit to drug and/or alcohol testing six times, as directed by his/her U.S. Probation Officer.

Evidence in support of these allegations is derived from U.S. Probation Office records and direct supervision efforts therein.

*Allegations on March 20, 2024:*

**Allegation No. 7:** On March 18, 2024, the person under supervision submitted a urine sample, which tested positive for cocaine.

PROB 12C  
D/UT 12/17

Jeremy Van Duren  
2:22CR00182-001

**Allegation No. 8:** On March 18, 2024, the person under supervision failed to follow the instructions of the U.S. Probation Officer by not entering residential treatment at Phoenix Recovery Center. As of March 20, 2024, the defendant has not entered the residential program and his whereabouts are unknown.

Evidence in support of these allegations is derived from U.S. Probation Office records, the Phoenix Recovery Center, and direct supervision efforts therein.

*Additional allegations:*

**Allegation No. 9:** On November 9, 2024, and November 13, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer.

**Allegation No. 10:** On November 14, 2024, the person under supervision submitted a urine sample, which he admitted would be positive for cocaine.

Evidence in support of these allegations is derived from U.S. Probation Office records and direct supervision efforts therein

I declare under penalty of perjury that the foregoing is true and correct.

by Derrik Marshall  
U.S. Probation Officer  
November 21, 2024

**THE COURT ORDERS:**

[X] That the original petition be amended to include all allegations outlined, and to issue a summons  
[ ] Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
[ ] No action  
[ ] Other

Honorable Jill N. Parrish  
United States District Judge

Date: 11/27/2024